**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-6829**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL EDWARD DUGGER,

Defendant - Appellant.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, Sr., District Judge. (CR-91-128, CA-97-293-6)

————————

Submitted: December 17, 1998        Decided: January 5, 1999

————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Michael Edward Dugger, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Edward Dugger seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. See United States v. Dugger, Nos. CR-91-128; CA-97-293-6 (M.D.N.C. Jan. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED